

**IT IS ORDERED as set forth below:**

**Date: November 7, 2013**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-52749-BEM |
| | ) | |
| JESUS CRESENCIANO MEDINA, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER APPROVING COMPROMISE AND SETTLEMENT

This matter came before the Court for hearing on November 6, 2013 (the "Hearing") on the *Motion for Approval of Settlement Agreement Between Trustee and First American Title Insurance Company* [Docket No. 39] filed on October 10, 2013 (the "Motion") by Neil C. Gordon, Chapter 7 Trustee ("Trustee") for the bankruptcy estate Jesus Cresenciano Medina ("Debtor"). The Motion seeks approval of the *Joint Stipulation and Settlement Agreement* (the "Agreement") by and between Trustee and

6078628v1

First American Title Insurance Company. No objections to the Motion were filed, nor did any party appear at the Hearing in opposition to the Motion. Based on the lack of opposition and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, the Agreement stands APPROVED, and the terms set forth therein are incorporated herein by reference.

[END OF DOCUMENT]

Prepared and presented:

ARNALL GOLDEN GREGORY LLP

By: */s/ Neil C. Gordon*
     Neil C. Gordon
     Ga. Bar No. 302387
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363
Tel. 404.873.8500
Neil.Gordon@agg.com

# **DISTRIBUTION LIST**

Neil C. Gordon, Esq.
Arnall Golden Gregory, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1301

Office of United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Anthony G. Caroway, Esq.
Claims Counsel
First American Title Insurance Company
Eastern Claims Center
Tallahassee Satellite
2082 Summit Lake Drive
Tallahassee, Florida 32317

Jesus Cresenciano Medina
2986 Kaley Drive NW
Kennesaw, Georgia 30153

American Home Mortgage Servicing Inc., c/o Elizabeth Childers
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, Georgia 30303

David E. Galler
The Galler Law Firm, LLC
Suite 525 – The Palisades
5901-A Peachtree Dunwoody Road, NE
Sandy Springs, Georgia 303287-5341